**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LOVING, and BARBARA DUNLOP LOVING,<br><br>  Plaintiffs,<br><br>  v.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>  Defendant. | Case No. **CV 08-2898-JFW (AJWx)**<br><br>**JUDGMENT** |

The Court, having granted Defendant Princess Cruise Lines, Ltd.'s Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiffs Robert Loving and Barbara Dunlop Loving shall recover nothing from the named Defendant;

2. Defendant Princess Cruise Lines, Ltd. shall have judgment in its favor on Plaintiffs' entire action; and

3.  Defendant shall recover from Plaintiffs its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: March 5, 2009

                                    JOHN F. WALTER
                          UNITED STATES DISTRICT JUDGE